**Order filed January 6, 2020**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-18-00597-CR
_____

**XAVIER DAVENPORT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1462345**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit No. 2 and Defense Exhibit No. 6A.**

The clerk of the 228th District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit No. 2 and Defense Exhibit No. 6A**, on or before **January 10, 2020.** The Clerk of this court is directed to receive, maintain,

and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit No. 2 and Defense Exhibit No. 6A**, to the clerk of the 228th District Court.


PER CURIAM


Panel Consists of Justices Zimmerer, Spain and Hassan